UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-02421-TLN-KJN |
| | No. 2:23-cv-02422-TLN-KJN |
| | No. 2:23-cv-02424-TLN-KJN |
| | No. 2:23-cv-02425-TLN-KJN |
| | No. 2:23-cv-02427-TLN-KJN |
| | No. 2:23-cv-02429-TLN-KJN |
| | No. 2:23-cv-02431-TLN-KJN |
| | No. 2:23-cv-02432-TLN-KJN |
| | No. 2:23-cv-02433-TLN-KJN |
| | No. 2:23-cv-02434-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new case pleading and assign it to the
3  undersigned and Magistrate Judge Kendall J. Newman. (*Id.* at ECF No. 26). If the Court
4  determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case
5  will be ordered dismissed and closed. (*Id.*)
6      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.
8      Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02421, 2:23-cv-02422, 2:23-
9  cv-02424, 2:23-cv-02425, 2:23-cv-02427, 2:23-cv-02429, 2:23-cv-02431, 2:23-cv-02432, 2:23-
10 cv-02433 and 2:23-cv-02434 are hereby DISMISSED. The Clerk of the Court is directed to close
11 these cases. No further filings will be accepted.
12     IT IS SO ORDERED.
13     Dated: January 16, 2024

Troy L. Nunley
United States District Judge